# Court of Appeals, State of Michigan

## ORDER

Heather Ann Kimball v Timothy Roland Pearson Jr

Docket No. 335639

LC No. 2010-002626 DM

Elizabeth L. Gleicher
Presiding Judge

Michael J. Kelly

Douglas B. Shapiro
Judges

Pursuant to the opinion issued concurrently with this order, this case is REMANDED for further proceedings consistent with the opinion of this Court. We retain jurisdiction.

Proceedings on remand in this matter shall commence within 56 days of the Clerk's certification of this order, and they shall be given priority on remand until they are concluded. As stated in the accompanying opinion, we remand this case to the trial court so that it may conduct an evidentiary hearing on defendant's motion and reconsider its ruling. The proceedings on remand are limited to this issue.

The parties shall promptly file with this Court a copy of all papers filed on remand. Within seven days after entry, appellant shall file with this Court copies of all orders entered on remand.

The transcript of all proceedings on remand shall be prepared and filed within 21 days after completion of the proceedings.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

JUL 25 2017
Date

Chief Clerk